# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ERIC ADARYLL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV415-265 |
| ) | |
| JUDGE PENNY HAAS FREESEMANN ) | |
| and CHRISTINE SIEGER BARKER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Invoking the "International Organization Immunities Act,"[1] Eric Adaryll Williams has filed a "Petition of Truth," doc. 1, insisting that the judge and prosecutor in his armed robbery conviction[2] in fact were not public officials. *Id.* 3-4. The Clerk has construed this petition as an initial filing in a "Prison Condition" lawsuit. That was a good guess on

---

[1] "[F]ederal laws pertaining to service of process on a foreign entity are codified in 28 U.S.C. §§ 1602 *et seq.*, the Foreign Sovereign Immunities Act . . ., and 22 U.S.C. §§ 288 *et seq.*, the International Organizations Immunities Act . . . ." *Prewitt Enterprises, Inc. v. Organization of Petroleum Exporting Countries*, 353 F.3d 916, 922 (11th Cir. 2003).

[2] *See* attached Georgia Department of Corrections "active inmate" record and Chatham County Georgia docket showing his 2008 conviction.

the Clerk's part since Williams[3] has not used a form complaint or petition in asking, "in the name of Jesus Christ, that this honorable court will grant petitioner . . . his freedom, liberty & to be released from prison & back with his family, & wages for injuries in the amount of $20,000,000.00 (twenty million dollars), amen." *Id.* at 11.

Williams also moves for leave to proceed *in forma pauperis* (IFP). Doc. 2. The Court **DEFERS** ruling on that and instead **DIRECTS** the Clerk to send him: (1) a 42 U.S.C. § 1983 form complaint; and (2) a 28 U.S.C. § 2254 form petition, both with associated IFP forms. There are separate filing fees involved in those cases ($5 for § 2254; $350 for § 1983), and separate consequences that accompany both actions.[4]

---

[3] The Court has inserted plaintiff's middle name in the caption of this case because that is what is reflected in the (attached) official records. The Clerk shall amend the docket caption accordingly, and all subsequent filings shall conform.

[4] This Court's § 1983 complaint form, which is availed to all prisons and jails, see http://www.gasd.uscourts.gov/pdf/prisoner1983.pdf, compels inmates like Williams to disclose prior lawsuits. *Id.* at 1-2. That data is necessary to enforce the "Three Strikes" rule recently illuminated in *Owens v. Morales*, 2015 WL 5040245 at * 1 (S.D. Ga. Aug. 25, 2015). In that regard, the Court has independently located *Williams v. Williams*, CV614-011 (S.D. Ga. Oct. 6, 2014) (dismissing a § 1983 case, in which Williams used a § 1983 form complaint, on the merits); *see also id.*, doc. 40 (appeal dismissed for failure to prosecute); *Williams v. Martin*, CV615032 (S.D. Ga. 2015) (active § 1983 case commenced with a "home-brewed" complaint). *See Boney v. Hickey*, 2014 WL 4103918 at * 4-5 (S.D. Fla. Aug. 15, 2014) (collecting cases that illuminate what constitutes a 28 U.S.C. § 1915(g) strike, three of which can lead to a

2

In that regard, the Court rejects any attempt by an inmate to advance a habeas claim using a "Trojan Horse" cover claim under § 1983 or, as is evident here, a facially absurd claim premised on a statute arbitrarily plucked out of the federal code. *See Miller v. Williams*, 2011 WL 1898921 at * 1 (S.D. Ga. May 17, 2011) (advising dismissal of a "successive 28 U.S.C. § 2254 petition masquerading as an "Application for Leave for an Executive Clemency Hearing"); *see also id.* at * 2 (sanctioning abusive habeas filer, and citing, *inter alia, Alexander v. United States*, 121 F.3d 312, 315-16 (7th Cir. 1997) (imposing, *inter alia*, a $500 sanction on a *pro se* inmate raising frivolous arguments in support of a third successive 28 U.S.C. § 2255 motion, and instituting "paper-less review" of any future collateral attack filings)), *adopted*, 2011 WL 2181628 (S.D. Ga. Jun. 2, 2011); *Capers v. Missouri*, 2011 WL 2600560 at * 2 (S.D. Ga. June 10, 2011) (dismissing a successive habeas petition where the petitioner "deceitfully advanced" it "via [a] lie of omission").

Within 30 days after the Clerk serves Williams with a copy of this

---

substantial curtailment on an inmate's ability to proceed IFP).

Order and those forms, he must re-file whatever it is he seeks to do with this case. If he wants to sue someone for damages, he should use the § 1983 form and associated IFP forms. If he seeks only relief from his conviction (and no money damages), then he should use the § 2254 form[5] and associated IFP motion. What he cannot do is sluff both into a home-brewed "Petition of Truth," which will be dismissed outright (but not before directing his Prison Custodian to pay from Williams' account a $5 filing fee to the Clerk) if he fails to comply with these directions.

**SO ORDERED,** this 15th day of October, 2015.

/s/ J.E. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[5] Since the Court is not acting on his present filing, no *"Castro"* warning is required. *See Castro v. United States,* 540 U.S. 375, 382-83 (2003) (court that wishes to recharacterize *pro se* litigant's pleading as first 28 U.S.C. § 2255 motion must (1) notify litigant of court's intent, (2) warn litigant that recharacterization means that subsequent § 2255 motion will be subject to restrictions on "second or successive" motions, and (3) give litigant opportunity to withdraw motion or to amend it to include all § 2255 claims). *Castro* applies to § 2254 petitions and to any filing that in substance is a § 2254 petition -- *if* reached on the merits. *Compare Smith v. Hobbs,* 490 F. App'x 833, 833 (8th Cir. 2012) (state prisoner was entitled to proper notice, warnings, and opportunity to withdraw his pleadings before his *pro se* § 1983 action challenging his sentence was recharacterized as habeas petition); *with Jones v. O'Neal,* 2012 WL 6084650 at * 1 (S.D. Ga. Dec. 6, 2012) (no *Castro* warning needed since petitioner had failed to exhaust state remedies, thus warranting dismissal without prejudice); cited in *Alexander v. Georgia,* 2015 WL 2255130 at * 1 n. 1 (S.D. Ga. May 15, 2015) (no *Castro* warning needed "because the Court would not be reaching his petition on the merits, only on procedural grounds.").

4

Official Portal for the State of Georgia
Georgia Governor Nathan Deal

# Georgia Department of Corrections

- Find an Offender
- Find a Facility
- Send Money

Home
About GDC▽
Divisions▽
Offender Information▽
Community Services▽
News▽
Reports▽
GDC Jobs
GA Sex Offender Registry

SHARE  ★ TranslateSearch: 

TEXT

## Find an Offender

**Click here to start over | Return to previous screen**

The following represents the most recent information for this offender in our website database. However, this information is not delivered in "real time", and there may have been recent changes that are not displayed below. If you have questions, or find the below information incorrect, please contact/email us by clicking this link. Once you click the link, please select the category *'Information about a specific Offender/Transfers/County Jail Pick-up'*

**WILLIAMS, ERIC ADARYLL**
GDC ID: 0001275799



## PHYSICAL DESCRIPTION

| | |
|---|---|
| **YOB:** | 1989 |
| **RACE:** | BLACK |
| **GENDER:** | MALE |
| **HEIGHT:** | 5'08" |
| **WEIGHT:** | 139 |
| **EYE COLOR:** | BROWN |
| **HAIR COLOR:** | BLACK |

SCARS, MARKS, TATTOOS

## INCARCERATION DETAILS

| | |
|---|---|
| **MAJOR OFFENSE:** | ARMED ROBBERY |
| **MOST RECENT INSTITUTION:** | SMITH STATE PRISON |
| **MAX POSSIBLE RELEASE DATE:** | 07/15/2021 Important Release Information |
| | For parole information please go to Georgia State Board of Pardons and Paroles website. |
| **ACTUAL RELEASE DATE:** | CURRENTLY SERVING |
| **CURRENT STATUS:** | ACTIVE |

KNOWN ALIASES

| | |
|---|---|
| **A.K.A.** | ALIAS,SLAUGHTER |
| **A.K.A.** | MONIKER,SLAUGHTA |
| **A.K.A.** | WILLIAMS,ERIC |
| **A.K.A.** | WILLIAMS,ERIC ADARYLL |

STATE OF GEORGIA - CURRENT SENTENCES

**CASE NO: 654981**
| | |
|---|---|
| **OFFENSE:** | THEFT BY REC STOLEN PROP |
| **CONVICTION COUNTY:** | CHATHAM COUNTY |
| **CRIME COMMIT DATE:** | 07/16/2006 |
| **SENTENCE LENGTH:** | 10 YEARS, 0 MONTHS, 0 DAYS |

**CASE NO: 654981**
| | |
|---|---|
| **OFFENSE:** | ARMED ROBBERY |
| **CONVICTION COUNTY:** | CHATHAM COUNTY |
| **CRIME COMMIT DATE:** | 07/16/2006 |
| **SENTENCE LENGTH:** | 10 YEARS, 0 MONTHS, 0 DAYS |

**CASE NO: 654981**
| | |
|---|---|
| **OFFENSE:** | ARMED ROBBERY |
| **CONVICTION COUNTY:** | CHATHAM COUNTY |
| **CRIME COMMIT DATE:** | 07/16/2006 |
| **SENTENCE LENGTH:** | 10 YEARS, 0 MONTHS, 0 DAYS |

**CASE NO: 654981**
| | |
|---|---|
| **OFFENSE:** | POSS OF FIREARM DUR CRIME |
| **CONVICTION COUNTY:** | CHATHAM COUNTY |
| **CRIME COMMIT DATE:** | 07/16/2006 |
| **SENTENCE LENGTH:** | 5 YEARS, 0 MONTHS, 0 DAYS |

**CASE NO: 654981**
| | |
|---|---|
| **OFFENSE:** | POSS OF FIREARM DUR CRIME |
| **CONVICTION COUNTY:** | CHATHAM COUNTY |
| **CRIME COMMIT DATE:** | 07/06/2006 |

5 YEARS, 0 MONTHS, 0 DAYS

**SENTENCE LENGTH:**

STATE OF GEORGIA - PRIOR SENTENCES

STATE OF GEORGIA - INCARCERATION HISTORY

**INCARCERATION BEGIN INCARCERATION END**

04/22/2008                ACTIVE

Site Map
Privacy
Links
Contact Us
Help



Home  Juvenile Court  Magistrate Court  Probate Court  Recorder's Court  State Court  Superior Court  Court Forms  Court Fees

October 13, 2015    Location: Case Details    Search...



## Case Details

State
VS.
WILLIAMS, ERIC ADARYLL

- Case Events
- Charges
- Parties
- Proceedings

### Case Information

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR062305 |
| Case Type: | ARMED ROBBERY |
| Judge: | HON. PENNY H. FREESEMANN |
| Assistant District Attorney: | CHRISTINE SIEGER BARKER |
| Date Filed: | 10/11/2006 |
| Status: | CLOSED - GUILTY PLEA(N) |
| Disposition Date: | 3/13/2008 |
| Disposition: | GUILTY PLEA(N) |

### Defendant Information

| | |
|---|---|
| Name: | WILLIAMS, ERIC ADARYLL |
| DIN: | P0607225 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 68 |
| Weight: | 150 |
| Eyes: | BROWN |
| Hair: | BLACK |

### Attorney Information

LARONDA MARTIN
540 East Oglethorpe Ave
Savannah,
31401

### Bondsman Information

N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 3/31/2008 | 10:00AM | JURY TRIAL | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 3/13/2008 | 09:30AM | ARRAIGNMENT/PLEA HEARING | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 3/11/2008 | 2:00PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 1/29/2008 | 2:00PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 1/3/2008 | 10:00AM | JURY TRIAL | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 1/3/2008 | 09:30AM | JURY TRIAL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 12/11/2007 | 2:00PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 11/13/2007 | 09:30AM | JURY TRIAL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 10/30/2007 | 2:00PM | ARRAIGN/TRIAL DOCKET CALL | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 10/1/2007 | 09:30AM | JURY TRIAL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 8/20/2007 | 09:30AM | JURY TRIAL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 5/21/2007 | 09:30AM | JURY TRIAL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 4/9/2007 | 09:30AM | JURY TRIAL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 2/26/2007 | 3:00PM | MOTION HEARING (MTH) | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 1/8/2007 | 3:00PM | MOTION HEARING (MTH) | PENNY FREESEMANN | RESCHEDULE EVENT |
| 1/3/2007 | 10:15AM | STATUS CONFERENCE HEARING | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 1/3/2007 | 10:00AM | STATUS CONFERENCE HEARING | PENNY FREESEMANN | RESCHEDULE EVENT |
| 11/28/2006 | 2:00PM | ARRAIGNMENT/CALENDAR CALL | PENNY FREESEMANN | CANCELLED EVENT - CL |
| 11/14/2006 | 10:00AM | STATUS CONFERENCE HEARING | PENNY FREESEMANN | CANCELLED EVENT - CL |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|

| 16-8-41 | ARMED ROBBERY | | 1 | FELONY | 7/16/2006 | Guilty Plea Negotiated 3/13/2008 |
|---|---|---|---|---|---|---|
| Sentencing Details: | Description | | | Fine | | Duration |
| | | | | $0.00 | | 10 Years-PRISON |
| 16-8-41 | ARMED ROBBERY | | 1 | FELONY | 10/11/2006 | Guilty Plea Negotiated 3/13/2008 |
| Sentencing Details: | Description | | | Fine | | Duration |
| | | | | $0.00 | | 10 Years-PRISON |
| | | | | $350 | | $350.00-ATTORNEY FEE |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | | 2 | FELONY | 10/11/2006 | Guilty Plea Negotiated 3/13/2008 |
| Sentencing Details: | Description | | | Fine | | Duration |
| | Credit Time Served 12 AND 5 | | | $0.00 | | 5 Years-PRISON |
| 16-8-7 | THEFT BY RECEIVING STOLEN PROPERTY | | 1 | FELONY | 10/11/2006 | Guilty Plea Negotiated 3/13/2008 |
| Sentencing Details: | Description | | | Fine | | Duration |
| | | | | $0.00 | | 10 Years-PRISON |

[Return to Top]

### Proceedings

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 9/29/2015 | | PRO SE MOTION | | | MOTION FOR COURT TO SET STATUS HEARING DATE FOR SCHEDULING OF HEARINGS ON DEFENDANT MOTION FOR CONSECUTIVE SENTENCES TO BE DECLARED CONCURRENT AS TO JAIL TIME CREDIT/ |
| 9/17/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 8/25/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 6/22/2015 | | PRO SE MOTION | DISMISSED | | MOTION FOR CONSECUTIVE SENTENCES TO BE DECLARED CONCURRENT - AS TO JAIL TIME CREDIT/ |
| 6/10/2015 | | ORDER | | | ORDER ON DEFENDANT'S PRO SE MAY 29, 2015 MOTION FOR CONSECUTIVE SENTENCES TO BE DECLARED CONCURRENT (AS TO JAIL TIME CREDIT) - DISMISSED/ |
| 5/29/2015 | | PRO SE MOTION | DISMISSED | | MOTION FOR CONSECUTIVE SENTENCES TO BE DECLARED CONCURRENT (AS TO JAIL TIME CREDIT)/ |
| 5/29/2015 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 3/31/2008 | 10:00AM | JURY TRIAL | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 3/13/2008 | | CASE DISPOSED | GUILTY PLEA NEGOTIATED | PENNY FREESEMANN | CASE DISPOSED GN |
| 3/13/2008 | 09:30AM | ARRAIGNMENT/PLEA HEARING | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 3/11/2008 | 2:00PM | ARRAIGN/TRIAL DOCKET CALL | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 1/29/2008 | 2:00PM | ARRAIGN/TRIAL DOCKET CALL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 1/3/2008 | 10:00AM | JURY TRIAL | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 1/3/2008 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 12/11/2007 | 2:00PM | ARRAIGN/TRIAL DOCKET CALL | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 11/13/2007 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 10/30/2007 | 2:00PM | ARRAIGN/TRIAL DOCKET CALL | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 10/1/2007 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 8/20/2007 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PENNY FREESEMANN | |

| 5/21/2007 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| --- | --- | --- | --- | --- | --- |
| 4/9/2007 | 09:30AM | JURY TRIAL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 2/26/2007 | 3:00PM | MOTION HEARING (MTH) | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 1/8/2007 | 3:00PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 1/3/2007 | 10:15AM | STATUS CONFERENCE HEARING | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 1/3/2007 | 10:00AM | STATUS CONFERENCE HEARING | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 11/28/2006 | 2:00PM | ARRAIGNMENT/CALENDAR CALL | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 11/14/2006 | 10:00AM | STATUS CONFERENCE HEARING | CANCELLED EVENT - CL | PENNY FREESEMANN | |
| 10/17/2006 2:45:55 PM | | SCN | | | INITIAL CASE SCREENING / SCANNING |

[Return to Top]

Home | Juvenile Court | Magistrate Court | Probate Court | Recorder's Court | State Court | Superior Court | Court Forms | Court Fees

© Copyright 2015 - Chatham County Courts