# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

ERIC ADARYLL WILLIAMS,                )
                                      )
    Plaintiff,                    )
                                      )
v.                                    )          Case No. CV415-265
                                      )
JUDGE PENNY HAAS FREESEMANN           )
and CHRISTINE SIEGER BARKER,          )
                                      )
    Defendants.                   )

## REPORT AND RECOMMENDATION

Invoking the "International Organization Immunities Act"[1] in insisting that the judge and prosecutor in his guilty-plea-based armed robbery conviction in fact were not public officials, doc. 1 at 3-4, Eric Adaryll Williams filed a "Petition of Truth." *Id.* at 1. This Court directed him to re-file it either as a 42 U.S.C. § 1983 action or a 28 U.S.C. § 2254 petition, and it furnished with both a form habeas petition and a § 1983 complaint. Doc. 4. It also deferred on his motion for leave to proceed *in*

---

[1] "[F]ederal laws pertaining to service of process on a foreign entity are codified in 28 U.S.C. §§ 1602 *et seq.*, the Foreign Sovereign Immunities Act . . ., and 22 U.S.C. §§ 288 *et seq.*, the International Organizations Immunities Act . . . ." *Prewitt Enters. Inc. v. Org. of Petroleum Exporting Countries*, 353 F.3d 916, 922 (11th Cir. 2003).

*forma pauperis* (IFP), since there are separate filing fees involved in those cases ($5 for § 2254; $350 for § 1983), and separate consequences that accompany both actions. *Id.* at 2.

Williams has elected the § 2254, not the § 1983, route. *Williams v. Williams,* CV415-288, doc. 1 (S.D. Ga. Oct. 30, 2015). Accordingly, his IFP motion here is **DENIED** and this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED,** this *13th* day of November, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA