UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ERIC ADARYLL WILLIAMS,            )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   Case No. CV415-265
                                  )
JUDGE PENNY HAAS FREESEMANN,      )
And CHRISTINE SIEGER BARKER       )
                                  )
    Defendants.                   )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 11th day of January, 2016.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA